FILED

APR 0 8 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE RODARTE-SOTO,<br><br>    Defendant. | Case No. 08-CR-3834-GT<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Sentencing Hearing in the above-entitled matter shall be continued from April 16, 2009 at 9:00 a.m. to May 12, 2009 at 9:00 a.m..

**IT IS FURTHER ORDERED** that time is excluded pursuant to the Speedy Trial Act.

**SO ORDERED.**

Dated: 4-8-09

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE